IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| IN RE: | * | CASE No. 23-31106 |
| --- | --- | --- |
| | * | |
| Tuesday Anita Watkins | * | |
| | * | |
| Debtor. | * | CHAPTER 13 |

## MOTION TO EXTEND THE AUTOMATIC STAY

**COMES NOW**, the above debtor and hereby moves this Honorable Court to extend the automatic stay in the above case and as grounds for such states as follows:

1. The Debtor filed the above case on June 2, 2023.

2. The Debtor had previously filed a Chapter 13 case on July 29, 2022, in the Middle District of Alabama, Case No. 22-31358 but was dismissed November 4, 2022.

3. The Debtor's previous case was dismissed due to her failure to make payments. Her hours were reduced at her prior employer which caused her to be unable to make payments. She is now employed. See the attached affidavit.

4. Pursuant to §362(c)(3), the stay will terminate with respect to property of the debtor within thirty days from the filing of the instant case absent an order to extend automatic stay.

5. The Debtor is behind on her rent which could ultimately lead to an eviction in the future. The Debtor is proposing to pay her lease arrearage through the current chapter 13 plan.

6. The petition in this case has been filed in good faith. The Debtor believes that the Chapter 13 plan will be confirmed and that she will be able to fully perform under the terms of the plan.

**WHEREFORE**, these premises considered, the debtor requests the automatic stay under §362(a) be extended as to all property of the debtor until such time as the case is dismissed or a discharge is granted.

/s/ Mary Conner Pool
Attorney for Debtor

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below either by electronic filing or by mailing a copy of the same to them done this 7th day of June, 2023.

Sabrina L. McKinney, Chapter 13 Trustee, (via electronic filing)

All parties on attached mailing matrix

/s/ Mary Conner Pool
Attorney for Debtor
Bond, Botes, Shinn & Donaldson, P.C.
P.O. Box 4479
Montgomery, AL 36103
Phone (334) 264-3363
Fax (334) 230-5406
mpool@bondnbotes.com

```
Label Matrix for local noticing          AARON'S
1127-2                                    3452 ATLANTA HWY
Case 23-31106                             MONTGOMERY, AL 36109-2704
Middle District of Alabama
Montgomery
Tue Jun  6 14:08:02 CDT 2023

AARON'S INC CORPORATE OFFICE    AD ASTRA RECOVERY SVCS.          AFFIRM, INC.
ATTN:  BANKRUPTCY DEPT          7330 W. 33RD ST. N., STE. 118    ATTN: BANKRUPTCY
3309 BUFORD HWY, NE, STE. 440   WICHITA, KS 67205-9370           30 ISABELLA STREET, FLOOR 4
ATLANTA, GA 30329-1709                                           PITTSBURGH, PA 15212-5862

ALABAMA POWER                   AT&T
P.O. BOX 12465                  P.O. BOX 105503
BIRMINGHAM, AL 35202-2465       ATLANTA, GA 30348-5503

CAPITAL ONE BANK (USA), N.A.              CAPITAL ONE BANK (USA), N.A.     CASH COLORADO LLC D/B/A SPEEDY CASH
ATTN: COREY LEE, VP CUSTOMER MANAGEMENT   BY AMERICAN INFOSOURCE LP AS AGENT  P.O. BOX 782260
1680 CAPITAL ONE DRIVE                    P.O. BOX 71083                   WICHITA, KS 67278-2260
MCLEAN, VA 22102-3407                     CHARLOTTE, NC 28272-1083

CHAMBLESS MATH & CARR           EMERGENCY SERVICES OF MONTGOMERY
P.O. BOX 230759                 C/O WAKEFIELD & ASSOCIATES
MONTGOMERY, AL 36123-0759       P.O. BOX 51272
                                KNOXVILLE, TN 37950-1272

FIRST PREMIER BANK              FIRST PREMIER BANK               FREEDOM STREET APTS, LLC
DANA J. DYKHOUSE, CEO           P.O. BOX 5524                    dba CLOVERDALE ESTATES, C/O DARBY LAW
601 SOUTH MINNESOTA AVE         SIOUX FALLS, SD 57117-5524       P.O. BOX 3905
SIOUX FALLS, SD 57104-4824                                       MONTGOMERY, AL 36109-0905

FRONTLINE ASSET STRATEGIES      (p)GUARDIAN CREDIT UNION         LVNV FUNDING LLC
2700 SNELLING AVE NORTH         ATTN COLLECTIONS DEPARTMENT      C/O RESURGENT CAPITAL SVCS.
STE. 250                        1028 LAGOON BUSINESS LOOP        PO BOX 10587
ROSEVILLE, MN 55113-1783        MONTGOMERY AL 36117-8617         GREENVILLE, SC 29603-0587

MONEYLION, INC.                 PREMIER BANKCARD LLC             QUANTUM3 GROUP LLC AS AGENT FOR
ATTN: BANKRUPTCY DEPT           %JEFFERSON CAPITAL SYSTEMS LLC   CKS PRIME INVESTMENTS LLC
PO BOX 1547                     PO BOX 7999                      PO BOX 788
SANDY, UT 84091-1547            SAINT CLOUD, MN 56302-7999       KIRKLAND, WA 98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR      (p)SOUTHERN NEW HAMPSHIRE UNIVERSITY   T-MOBILE/ T-MOBILE USA INC.
GENESIS FS CARD SERVICES, INC.       ATTN ATTN CREDIT DEPARTMENT            PO BOX 248848
P.O. BOX 788                         2500 NORTH RIVER RD                    OKLAHOMA CITY, OK 73124-8848
KIRKLAND, IA 51260                   MANCHESTER NH 03106-1018

UNITED AUTO CREDIT CORP.        US DEPT OF EDUCATION             WOW CABLE
P.O. BOX 163049                 CLAIMS FILING UNIT               770 N. EASTERN BLVD
FORT WORTH, TX 76161-3049       PO BOX 8973                      MONTGOMERY, AL 36117-8619
                                MADISON, WI 53708-8973
```

Tuesday Anita Watkins  
3453 E. Audubon Rd. Apt. 4  
Montgomery, AL 36111-1347

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

GUARDIAN CREDIT UNION  
1028 LAGOON BUSINESS LOOP  
MONTGOMERY, AL 36117

(d)GUARDIAN CREDIT UNION  
C/O HEATH HARRELL, CEO  
418 MADISON AVENUE  
MONTGOMERY, AL 36104

SOUTHERN NEW HAMPSHIRE UNIVERSITY  
2500 NORTH RIVER ROAD  
MANCHESTER, NH 03106

End of Label Matrix  
Mailable recipients    32  
Bypassed recipients     0  
Total                  32

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE:

Tuesday Anita Watkins        Case No. 23-31106

Chapter 13

### AFFIDAVIT OF DEBTOR

**COMES NOW,** the debtor by and through her attorney of record, and hereby states the following:

My prior bankruptcy case (22-31358) was dismissed due to a decrease in my hours at Railcrew Xpress LLC & GoPuff. I was unable to afford the payments after the decrease. I now have a new job at Live Reps Call Center. I expect forty-hour work weeks going forward. My schedules will be updated once I receive my first few paystubs. I am also receiving food stamps currently, making my monthly income in this case about $260 less than the prior case. With this income, I believe that I can complete this chapter 13 case. There was no income withholding order in my prior case, but my attorney's office will request one in this case.

My monthly expenses are about $300 less now than in the prior case. The reason for the decrease is because my car was repossessed. So, I no longer have car-related expenses.

My current plan is to pay $140 semi-monthly for 36 months. Through this payment, I will pay my landlord for lease arrearages of about $2,732.00 and pay $2,268.00 to my unsecured creditors. My current plan has a lower payment for a shorter term than my prior case ($152.00 bi-weekly for 58 months with 0% being paid to unsecured creditors).

Further, Affiant sayeth not.

Dated:

06 / 02 / 2023

*Tuesday Watkins*

_____
Tuesday Anita Watkins

State of Alabama
County of Montgomery

Doc ID: b18479dcfb5fded039100275646d549cea1507b3

Sworn to and subscribed before the undersigned Notary Public, in and for said county and state, on this the 2nd day of June, 2023.

*Jonathon Hull*
_____
Notary Public
My Commission Expires <u>March 4, 2024</u>

.

Doc ID: b18479dcfb5fded039100275646d549cea1507b3