**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| In re | Case No. 23−31106 |
| | Chapter 13 |
| Tuesday Anita Watkins , | |
|     Debtor. | |

**NOTICE**

PLEASE TAKE NOTICE that a telephone hearing will be held on July 13, 2023 at 01:45 PM to consider and act upon the following:

*18* − Motion for Relief from Stay . Fee Amount $188 filed by Larry E. Darby Esq on behalf of Freedom Street APTS, LLC (Cloverdale Estates). (Attachments: # 1 Exhibit Affidavit, Lease and Tenant Statement) (Darby, Larry)

The automatic stay shall remain in effect until final disposition of this motion.

---

Each party wishing to be heard must call the phone number below at least 5 minutes prior to the commencement of court.

PHONE: **877−336−1839 Participant Code: 9617616**
CONFERENCE HOST: Bill Livingston

You will be asked to provide the name of the conference host and the name of the caller.

Conference calls may be broadcast throughout the courtroom. Be sure you mute your telephone until your case is called. Additionally, please do not place the call on hold because many companies use background music while the call is on hold. Remain silent while you wait, and do not address the court until are called upon. Be sure you follow the conference coordinator's instructions.

If you cannot mute your phone:

- Do not shuffle papers or type on keyboard
- Refrain from making unnecessary noise
- Turn off electronics such as televisions and radios that broadcast sound

Cases are called in the order determined by the court. Your case will be called as soon as possible.

Dated June 27, 2023

Juan–Carlos Guerrero
Clerk of Court

United States Bankruptcy Court

Middle District of Alabama

In re:                                                             Case No. 23-31106-CLH

Tuesday Anita Watkins                       Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 1127-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 27, 2023 | Form ID: nhATT888 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: tuesdayw886@gmail.com | Jun 27 2023 20:38:00 | Tuesday Anita Watkins, 3453 E. Audubon Rd. Apt. 4, Montgomery, AL 36111-1347 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2023                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bankruptcy Administrator | ba@almb.uscourts.gov danielle_greco@almba.uscourts.gov;britt_griggs@almba.uscourts.gov |
| Larry E. Darby, Esq | on behalf of Creditor Freedom Street APTS LLC (Cloverdale Estates) Bankruptcy@AlabamaEvictions.com, bankruptcy@alabamaevictions.com;darbylawfirm@yahoo.com |
| Mary Conner Pool | on behalf of Debtor Tuesday Anita Watkins mpool@bondnbotes.com attorneypool@gmail.com;r62810@notify.bestcase.com;jhull@bondnbotes.com |
| Sabrina L. McKinney | trustees_office@ch13mdal.com |

TOTAL: 4