UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                                  Case No. 23-31106-CLH
                                                                       Chapter 13

TUESDAY ANITA WATKINS,

    Debtor.

## INTERIM ORDER GRANTING MOTION TO EXTEND THE AUTOMATIC STAY AND CONTINUING HEARING

On June 29, 2023, after notice to all creditors, this matter came before the Court for hearing on the Motion to Extend the Automatic Stay (Doc. 10) filed by Tuesday Anita Watkins (the "Motion"). Based upon the pleadings and representations of counsel and in accordance with the ruling from the bench in open court, it is hereby

ORDERED that the Motion is GRANTED on an interim basis pursuant to 11 U.S.C. § 362(c)(3), and the stay is EXTENDED as to all creditors through July 20, 2023. A hearing on the Motion to Extend the Automatic Stay will be held on **Thursday, July 20, 2023, at 11:00 A.M.**, at the United States Bankruptcy Court, Montgomery, Alabama, Courtroom 4D.

Done this 30th day of June, 2023.

/s/ Christopher L. Hawkins
Christopher L. Hawkins
United States Bankruptcy Judge

c:    Debtor
      Mary Conner Pool, Attorney for Debtor
      Sabrina L. McKinney, Trustee
      All Creditors