## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                                                                         Case No. 23−31106
                                                                                              Chapter 13
Tuesday Anita Watkins ,

    Debtor.

## NOTICE

Notice of Submission Error requiring refiling. The case number on the document is missing. Please correct the error and file an amended document.. Please refile a corrected document within 7 days or your pleading may be dismissed (RE: related document(s)31 Chapter 13 Plan). Corrected filing due by 8/25/2023. (JAW)

Dated August 18, 2023

*[signature]*

Juan−Carlos Guerrero
Clerk of Court